UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10191-WGY

UNITED STATES OF AMERICA

v.

RODAS ALVARADO

<u>INITIAL SCHEDULING ORDER</u>

July 6, 2004

COHEN, M.J.

The above named defendant having been arraigned before this court on Tuesday, July 6, 2004, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. Any discovery request letters shall be sent and filed by Tuesday, August 17, 2004. See LR 116.3(A) and (H).

B. Any responses to discovery request letters shall be sent and filed within fourteen (14) days of receipt of the discovery request letter(s) referred to in Paragraph A immediately above, or on or before Tuesday, August 31, 2004, **whichever date shall first occur**. See LR 116.3(A).

C.    Any and all discovery motions shall, consistent with the provisions of LR 116.3(E) through 116.3(H), be filed on or before 14 days after receipt of the opposing party's declination to provide the requested discovery, **or** 14 days after the opposing party has received the discovery request letter and has failed to respond thereto, **whichever date shall first occur**. See LR 116.3(E) and (H).

D.    Response(s) to any motions shall be filed on or before fourteen (14) days after motions have been filed consistent with the provisions of Paragraph C immediately above. See LR 116.3(I).

E.    **An initial status conference in accordance with LR 116.5 will be held be held by Chief Judge Young on a date and at a time to be established by the district judge. Counsel for the respective parties shall consult with Chief Judge Young's session to obtain that date and time.**

F.    **Unless Chief Judge Young otherwise directs, a joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through Local Rule 116.5(A)(7) shall be filed no less than five days prior the initial status conference referred to in Paragraph E above.**

_\[signature\]_

_____
UNITED STATES MAGISTRATE JUDGE