IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | 04-10191-WGY |
| : | **COUNTS ONE-THREE:** |
| v. : | 8 U.S.C. §1324(a)(1)(A)(iii) |
| : | (Harboring of |
| RODAS ALVARADO : | Illegal Alien) |
| : | **COUNT FOUR:** |
| : | 8 U.S.C. §1326(a) |
| : | (Illegal re-entry |
| : | by deported alien) |

### SUPERCEDING INDICTMENT

**COUNT ONE:** U.S.C. 1324(a)(1)(A)(iii)
(Harboring of Illegal Alien)

On or about June 8, 2004, in the District of Massachusetts,

**RODAS ALVARADO**

the defendant herein, knowing and in reckless disregard of the fact that an alien, namely, Lucio Rivera Rodesno, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempted to conceal, harbor, and shield from detection such alien in a building located at 109 Tremont Street, Unit No. 314, Brighton, Massachusetts and did so for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), Title 8, United States Code, Section 1324(a)(1)(B) and Title 8, United States Code, Section 2.

The Grand Jury further charges:

COUNT TWO:   U.S.C. 1324(a)(1)(A)(iii)
             (Harboring of Illegal Alien)

On or about June 8, 2004, in the District of Massachusetts,

**RODAS ALVARADO**

the defendant herein, knowing and in reckless disregard of the fact that an alien, namely, Juan Castillo, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempted to conceal, harbor, and shield from detection such alien in a building located at 109 Tremont Street, Unit No. 314, Brighton, Massachusetts and did so for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), Title 8, United States Code, Section 1324(a)(1)(B) and Title 8, United States Code, Section 2.

2

The Grand Jury further charges:

**COUNT THREE:**   U.S.C. 1324(a)(1)(A)(iii)
(Harboring of Illegal Alien)

On or about June 8, 2004, in the District of Massachusetts,

**RODAS ALVARADO**

the defendant herein, knowing and in reckless disregard of the fact that an alien, namely, Elmer Castillo-Alvarado, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempted to conceal, harbor, and shield from detection such alien in a building located at 109 Tremont Street, Unit No. 314, Brighton, Massachusetts and did so for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), Title 8, United States Code, Section 1324(a)(1)(B) and Title 8, United States Code, Section 2.

The Grand Jury further charges:

COUNT FOUR:  8 U.S.C. §1326(a)
             (Illegal Re-entry by Deported Alien)

On or about June 8, 2004, at Brighton, in the District of Massachusetts,

**RODAS ALVARADO**

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

4

A TRUE BILL

/s/ Arene Burke
FOREPERSON OF THE GRAND JURY

/s/ Nadine Pellegrini
NADINE PELLEGRINI
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS @ 2:05pm on July 7, 2004

Returned into the District Court by the Grand Jurors and filed.

/s/ Deputy Clerk