# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | | FOR | |
| US v.s. Alvarado | | AT | |

| PERSON REPRESENTED (Show your full name) | | 1 ☒ Defendant—Adult | DOCKET NUMBERS |
|---|---|---|---|
| | | 2 ☐ Defendant - Juvenile | Magistrate |
| | | 3 ☐ Appellant | |
| | | 4 ☐ Probation Violator | District Court |
| | | 5 ☐ Parole Violator | |
| CHARGE/OFFENSE (describe if applicable & check box →) | ☒ Felony | 6 ☐ Habeas Petitioner | Court of Appeals |
| | ☐ Misdemeanor | 7 ☐ 2255 Petitioner | |
| | | 8 ☐ Material Witness | |
| | | 9 ☐ Other | |

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: RCN Allston MA
- IF YES, how much do you earn per month? $ 1,800/month
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No  Separated
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: $ 1,000   SOURCES: rent

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 170

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: $ 11,000   DESCRIPTION: Honduras - land
  - VALUE: $ 3,000    DESCRIPTION: Toyota Celica (1994)

## OBLIGATIONS & DEBTS

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|
| ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED | 5 | Thelma Ins Garcia - wife<br>Jeffrey Limet Alvarado - son 17<br>Edin Osman Alvarado 15 son<br>Johnny Alvarado, 13 son<br>Arlin Odin Alvarado 12 son |

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| transportation | | $ | $ 1,350 *64 |
| rent | | $ | $ 235 * |
| utilities | | $ 1500 | $ 225 * |
| car insurance | | | $ 300 |
| child support | | | $ 240 * |
| food | | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Rodis Alvarado

*shared with girlfriend

75
50
60
50