AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA v. Alvarado

EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-10191 WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young/Cohen | Pellegrini | M. Conrad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/6 | | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/6 | | | Elizabeth Poliet - DHS - INS |
| 1 | | 7/6 | ✓ | | Warrant of deportation |
| | A | 7/7 | | | Elizabeth Poliet - Recalled |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages