# EXHIBIT B

**U.S. Department of Justice**
Immigration and Naturalization Service

**INVESTIGATION PRELIMINARY WORKSHEET**

| | |
|---|---|
| TO: Thomas Ohlson, SA | Date: 3/4/2002 |
| FROM: Kevin Jarvis, SSA | Location: Boston, MA |
| IN RE: ASPILAIRE, Michel Ange | File Number: A77 906 438 |

### RECORD SEARCH

**INS**
- (MIRAC (Central Index)) POS — In file
- (NIIS) &/or STUDENT NEG — In file
- (DACS) POS — In file
- EPIC
- ALPHA
- (OTHER (Specify)) NAILS POS — In file
- CLAIMS NEG — In file

**OTHER**
- SOCIAL SECURITY
- TECS
- DMV
- (NCIC) POS — In file
- (OTHER (Specify)) MA RMV POS — In file
- CT DMV POS — In file

**ADDITIONAL INFORMATION REQUIRED**
SUBJ arrested in conjunction w/ "Operation Safe Travel". SUBJ deported (per I-860) on 1/2/00 at Champlain, NY to Canada. SUBJ re-entered on/after this date.

**RESULTS**
Re-instatement

### DISPOSITION

**INVESTIGATION NOT RECEIVED**
- Does not meet PAC
- ☐ Not likely to result in success.
- ☐ Not an investigative matter
- ☐ Information not timely
- OTHER (Specify)

**INVESTIGATION RECEIVED**
- ☐ Case not placed in progress.
- ☒ Case placed in progress

| File Number | Area | G-23 Line |
|---|---|---|
| A 77906438 | BOS | 511.2.3 |

Name: Michel Ange ASPILAIRE
Investigation warranted classification approved
Received (Date): 2/27/02   SCI Initials
Assigned to: SA Ohlson   Date assigned: 2/27/02
Call-up

SCI Initials | Date

FORM G-600A (Rev. 12-1-83) N

# EXHIBIT C

**U.S. Department of Justice**
Immigration and Naturalization Service

**Order of Supervision**

File No: A79 139 702

Date: March 8, 2002

Name: ASPILAIRE, Michel Ange

On 01/02/00 , you were ordered:
(Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside ___Boston District___ for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the  1st business  day of  every month  to this Service office at:
~~unless you are granted written permission to report on another date.~~

☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other: _____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

127 Summer St Apt 1
Malden, MA 02148

_____
(Signature of INS official)
Melinda R. Lull / Deportation Officer
(Print name and title of INS official)

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___English___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____, SA           _____           3/8/02
(Signature of INS official serving order)    (Signature of INS alien)        (Date)

Form I-220B (Rev. 4/1/97)N