AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RODAS ALVARADO

**WARRANT FOR ARREST**

CASE NUMBER: 04-10191-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RODAS ALVARADO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

| X | Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Violation Notice | ☐ Probation Violation Petition |

charging him with (brief description of offense)

Harboring of Illegal Alien and Illegal Re-entry by Deported Alien

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(iii) and 1324(a)

Sheila Visk____ 　　Name of Issuing Officer
　　　　　　　　　　 Title of Issuing Officer

_(signature)_ 　　Signature of Issuing Officer
6-30-04   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____   by _____
　　　　　　　　　　　　　　　Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY INS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/1/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.