# ATTACHMENT

# EXHIBIT A

U.S. Department of Justice

Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

| | |
|---|---|
| | Case No: BOS0404000261 |
| File No. A076 317 829 | |
| Date: June 30, 2004 | |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| US MARSHALS, BOSTON,MA<br>1 COURT HOUSE WAY<br>BOSTON, MA 02210 | BOSTON, MA, DISTRICT OFFICE<br>DISTRICT DIRECTOR<br>JOHN F. KENNEDY FEDERAL BUILDING<br>Boston, MA 02203 |

Name of alien: **ALVARADO, Rodas AKA: ALVARADO, RODIS**

Date of birth: **10/20/1968**        Nationality: **HONDURAS**        Sex: **M**

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
(Date)

☒ Deportation or removal from the United States has been ordered.

## It is requested that you:

Please accept this notice as a detainer.   This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling **617-565-3304** during business hours or **617-989-6621** after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.   ☐ A self-addressed stamped envelope is enclosed for your convenience.   ☐ Please return a signed copy via facsimile to _____
(Area code and facsimile number)

Return fax to the attention of _____, at _____
(Name of INS officer handling case)        (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

Please cancel the detainer previously placed by this Service on _____

ELIZABETH POLEET        _Elizbeth P Pleet_        SPECIAL AGENT
(Signature of INS official)        (Title of INS official)

## Receipt acknowledged:

Date of latest conviction: _____ Latest conviction charge: _____

Estimated release date: _____

Signature and title of official: _____ DUSM  7-12-04

# EXHIBIT  B

ment of Justice
...ion and Naturalization Service

## Notice of Intent/Decision to Reinstate Prior Order

File No. **A076 317 829**
Case No: **BOS0404000261**
Date: **April 21, 2004**

Name: **Rodas ALVARADO** AKA: ALVARADO, RODIS

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of ____**Removal**____ entered against you. This intent is based on
(Deportation / exclusion / removal)

the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ___**November 26, 1997**___ at
   __**DALLAS, TX**__.
   (Date)
   (Location)

2. You have been identified as an alien who:

   [X] was removed on __**December 11, 1997**__ pursuant to an order of deportation / exclusion / removal.
   (Date)

   [ ] departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __**Unknown Date**__ at or near __**Unknown place**__.
   (Date)
   (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __**ENGLISH / Spanish**__ *language.*

**ELIZABETH POLEET**
(Printed or typed name of official)

_(Signature of officer)_

**SPECIAL AGENT**
(Title of officer)

---

### Acknowledgment and Response

I [ ] do [X] do not wish to make a statement contesting this determination.

__6/8/04__
(Date)

X _Rodis Alvarado_
(Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

__6/8/04__          __BOSTON MA__          _(Signature of authorized deciding INS official)_
(Date)
(Location)

**CHERYL BASSETT**          **SSA**
(Printed or typed name of official)
(Title)

Form I-871 (Rev. 6-5-97)

# EXHIBIT C



**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

*JFK Federal Bldg*
*Boston, MA 02203*

Tuesday, June 22, 2004

Consulate-General of Honduras

35 West 35th Street

6th Floor

New York NY, 10001                    Ref: A 076-317-829

Dear Sir/Madam:

Herewith is personal data relating to Rodas ALVARADO, a national of Honduras, for whom travel document facilities are desired.

The subject is presently incarcerated by this Service and we are ready to complete the deportation proceedings in this case. Therefore, it would be greatly appreciated if you would expedite the issuance of a travel document.

Should you need additional information, please contact Claudia English at (617)565-1566.

Thank you for your assistance and cooperation in this matter.

Sincerely,

Bruce E. Chadbourne
Field Office Director
New England Field Office

Enclosures:

4 photographs

4 copies information for travel d...

1 copy of Order to Show Cause/...

1 copy of Decision of Immigratio...

1 Warrant of Deportation/Remov...

copy of passport

Decision to Reinstate Prior Order...

copy of executed Warrant of Dep...







# EXHIBIT D



# CONSULATE GENERAL OF HONDURAS
## NEW YORK
★ ★ ★ ★ ★
35 West 35th Street, 6 Floor, New York, NY 10001
Tel.: (212)714-9450 • Fax: (212) 714-9453

Yo Antonieta Maximo, Consul General de Honduras en la ciudad New York, Estado de New York, Estados unidos de Norte America, concede Salvo Conducto al Señor.

### RODIS HUMBERTO ALVARADO



**FILIACION**

| | |
|---|---|
| Lugar de Nacimiento | Guarita, Lempira |
| Fecha de Nacimiento | 20 de Octubre 1968 |
| Profesión u Oficio | Obrero |
| Estado Civil | Casado |
| Pelo | Negro |
| Ojos | Café Oscuro |
| Color de Tez | Trigueño |
| Estatura | 1.75 Mts |
| Señas Particulares | Ninguna |

Se extiende el presente documento de conformidad, al Articulo 19 de la Ley de pasaportes de Honduras, El titular no presento ningun Documento de Identificación por lo que procedimos a interrogarlo y cumplio con lo Solicitado.

Este Consulado ruega a las Autoridades ( del Pais receptor) y Hondureñas aceptar este documento como pasaporte provisional.

New York, N.Y. 11 de Agosto de 2004



Antonieta Maximo
Cónsul General

**Este documento vence el** : 11 de Septiembre 2004

**Un-Escorted Government Travel Reservation Form**

Please be sure to complete all applicable boxes. You will receive follow up and confirmation of your travel within 24 hours.

**Total # of Aliens:**

[Submit]

| | |
|---|---|
| Date | 8/17/2004 8:16:03 AM    Expedite Request ☐ |
| Supervisor/POC Name | Alex Godinez |
| Daytime Phone | 617 565 1632    Fax ____    Email Alex.Godinez@dhs.go |
| District Office: | Boston |

# Alien 0

### Alien Information

| | |
|---|---|
| Alien First Name | Rodas    Middle ____ |
| Alien Last Name | Alvarado |
| Nationality | Honduras |
| Alien Date of Birth and place: | 10/20/68 |
| Alien Gender | ☑ Male ☐ Female |
| Security Classification | ◉ Confidential ○ Top Secret ○ Secret |
| Alien Number | A76 317 829 |
| Alien Travel Document | Issued by the Consulate in New York |
| Grounds for removal: | reentry |
| Justification | |

# Alien 1

### Alien Information

| | |
|---|---|
| Alien First Name | Juan    Middle ____ |
| Alien Last Name | Rivera |
| Nationality | Honduras |
| Alien Date of Birth and place: | 12/08/75 |
| Alien Gender | ☑ Male ☐ Female |
| Security Classification | |

UN-Escort Reservation Form

◉ Confidential    ○ Top Secret    ○ Secret

| | |
|---|---|
| Alien Number | A77 240 715 |
| Alien Travel Document | issued by the Consulate in New York |
| Grounds for removal: | reentry |
| Justification | |

**Ticket Delivery:**  ◉ Electronic Ticket    ○ Paper Ticket
There is an extra cost applied for paper tickets. *Ticket Delivery address required on paper tickets.*

| | |
|---|---|
| Office Name | Boston ICE |
| Address | JFK Building |
| Address | |
| Suite | 1700 |
| City | Boston    State MA    Zip 02203 |

## Air Reservations

| | Date | From: City/Airport | To: City/Airport | Departure Time | Arriv |
|---|---|---|---|---|---|
| 1 | 08/25/2004 | Boston | Teguicigalpa,Honduras | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

**Special Meals:**  ○ Yes  ○ No  Specify Meal

**Seat Assignment**
○ Aisle  ○ Win

**Additional Information and Comments**

UN-Escort Reservation Form

Reset

**Send to Omega servicing district:** Boston