UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10191

| United States of America | Rodas Alvarado |
|---|---|
| PLAINTIFF | DEFENDANT |
| Timothy Feeley | Miriam Conrad |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK   O'Leary                REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 08/24/04 | Government requests that whatever decision is rendered in CR04-10191-WGY the same order be issued in |
| | CR04-10197-MLW Juan Rivera-Alvarado, despite the fact that defense counsel in CR04-10197 is not present. |
| | Court goes over the procedural history of CR04-10191 with the counsel.  Court gives a copy of Judge Young's |
| | endorsement on the motion for expedited review dated 8/21/2004.  Government is of the view that Judge |
| | Young's ruling should be controlling in both cases.  Government informs the court that it will take the |
| | steps necessary to make sure the order issued by judge Dein in 04-10197 will not be put into effect. |
| | Court issues order releasing Rodas Alvarado on same conditions established by Judge Young. |