```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    Cr. No. 04-10191-WGY
                              )
RODAS ALVARADO,               )
          Defendant.          )
```

### ORDER

WOLF, D.J.                                       August 24, 2004

For the reasons more fully stated in court on August 24, 2004, it is hereby ORDERED that, in view of Judge Young's August 21, 2004 decision to deny the Government's Request for Issuance of Arrest Warrant, of which I was unaware when I allowed that motion on August 23, 2004, it is hereby ORDERED that defendant Rodas Alvarado shall be RELEASED forthwith, pursuant to 18 U.S.C. §3142, on the conditions previously imposed by Judge Young.


                                      /s/ Mark L. Wolf
                                 UNITED STATES DISTRICT JUDGE