1

1                      UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS
2
                                              Criminal No.
3                                             04-10191-WGY

4
     * * * * * * * * * * * * * * * *
5                                  *
     UNITED STATES OF AMERICA      *
6                                  *
     v.                            *   PRETRIAL CONFERENCE
7                                  *   and DETENTION REVIEW
     RODAS ALVARADO                *
8                                  *
     * * * * * * * * * * * * * * * *
9

10
               BEFORE:  The Honorable William G. Young,
11                              District Judge

12


13


14   APPEARANCES:

15         JAMES F. LANG, Assistant United States Attorney,
        1 Courthouse Way, Suite 9200, Boston, Massachusetts
16      02210, on behalf of the Government

17
           FEDERAL DEFENDERS OFFICE (By Miriam Conrad, Esq.)
18      408 Atlantic Avenue, 3rd Floor, Boston, Massachusetts
        02210, on behalf of the Defendant
19

20         DEBORAH HUACUJA, Court Interpreter

21

22

23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            July 22, 2004