AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────── DISTRICT OF ───────

UNITED STATES OF AMERICA

v.

RODAS ALVARADO

**WARRANT FOR ARREST**

CASE NUMBER: 04-10191-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RODAS ALVARADO _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
REVOCATION OF CONDITIONS OF RELEASE

in violation of
Title _____ United States Code, Section(s) _____

Elizabeth Smith
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

8-23-4     Boston
Date and Location

Bail fixed at
$ _____ by _____
                    Name of Judicial Officer

| RETURN |
|---|
| at _____ WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/24/04 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.